**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Johnnie LEON, Defendant—Appellant.**

**No. 05–6388.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 21, 2005.

Decided Oct. 18, 2005.

Johnnie Leon, Appellant Pro Se. John Staige Davis, V, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnnie Leon appeals the district court's final order denying his motion for return of property under Rule 41(g) of the Federal Rules of Criminal Procedure. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. *See United States v. Leon*, No. CR–01–92 (E.D.Va. Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*